IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

U.S. BANK NATIONAL ASSOCIATION,
AS TRUSTEE FOR THE REGISTERED
HOLDERS OF AEGIS ASSET BACKED        11-cv-0292-DRH
SECURITIES TRUST, MORTGAGE PASS-
THROUGH CERTIFICATES, SERIES
2004-2

      PLAINTIFF,

      VS.

ROBERT G. PYLE, YONG HEE PYLE,
MAGNA BANK, NA,

      DEFENDANTS.

## ORDER

THIS CAUSE comes to be heard on plaintiff's motion for the entry of an Order Approving the Report of Sale and Distribution, confirming the sale of the premises, which are the subject of the matter captioned above and described as:

> LOT 8 IN FIRST ADDITION TO TOWN & COUNTY EAST SUBDIVISION, ACCORDING TO THE PLAT THEREOF RECORDED IN PLAT BOOK 37 PAGE 27 IN THE RECORDER`S OFFICE OF MADISON COUNTY, ILLINOIS, SITUATED IN THE COUNTY OF MADISON AND THE STATE OF ILLINOIS.

Commonly known as 3132 Parkview Drive, Granite City, IL 62040; Property Index No. 22-2-20-09-16-403-025.

Due notice of said motion having been given, the Court having examined said report and being fully advised in the premises, FINDS:

That personal service was made against the borrower defendants, Robert G. Pyle and Yong Hee Pyle;

That the real property that is the subject matter of the instant proceeding is a

single family residence;

That all notices required by 735 ILCS 5/15-1507(c) were given;

That said sale was fairly and properly made;

That Judicial Sales Corporation, hereinafter "Special Commissioner," has in every respect proceeded in accordance with the terms of this Court's Judgment; and

That justice was done.

IT IS THEREFORE ORDERED:

That the sale of the premises involved herein and the Report of Sale and Distribution filed by the Special Commissioner are hereby approved, ratified, and confirmed;

That the proceeds of the sale be distributed in accordance with the Report of Sale and Distribution;

That the Mortgagee's fees and costs arising between the entry of the Judgment of Foreclosure and Sale and the date of sale are approved;

That plaintiff is granted a deficiency judgment in the amount of $8,544.74 against defendants, Robert G. Pyle and Yong Hee Pyle ONLY pursuant to 735 ILCS 5/15-1508(e) and 735 ILCS 5/15-1511;

735 ILCS 5/9-117 is not applicable in this order entered pursuant to Article 15 (IMFL).

That upon request by the successful bidder, including any insurers, investors, and agents of plaintiff and provided that all required payments have been made pursuant to 735 ILCS 5/15-1509, the Special Commissioner shall execute and deliver to the successful bidder a deed sufficient to convey title.

Municipality or County may contact the below with concerns about the real property:

U.S. Bank National Association, as Trustee for the registered holders of Aegis Asset Backed Securities Trust, Mortgage Pass-Through Certificates, Series 2004-2
1661 Worthington Road, Ste. 100
West Palm Beach, FL 33409
877-596-8580

IT IS FURTHER ORDERED:

That upon request by the successful bidder, including any insurers, investors, and agents of plaintiff is entitled to and shall have possession of the premises as of a date 30 days after entry of this Order, without further Order of Court, as provisioned in 735 ILCS 5/15-1701;

That the Sheriff of Madison County is directed to evict and dispossess Robert G. Pyle and Yong Hee Pyle from the premises commonly known as 3132 Parkview Drive, Granite City, IL 62040.

The Sheriff cannot evict until 30 days after the entry of this order.

IT IS FURTHER ORDERED that the Deed to be issued hereunder is a transaction that is exempt from all transfer taxes, either state or local, and the County Recorder of Deeds is ordered to permit immediate recordation of the Deed issued hereunder without affixing any transfer stamps.

A copy of this order shall be sent via regular mail to all defendants within 7 days.

**Dated: July 2, 2012**

Digitally signed by David R. Herndon
Date: 2012.07.02 11:04:36 -05'00'

**Chief Judge**
**United States District Court**